FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 27, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KITCHEN CABINET MANUFACTURERS ASSOCIATION, an Illinois corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AAA CABINETS & MILLWORKS INC., a Washington corporation; and TIMOTHY STEWART and SANDRA STEWART, individually and the marital community comprised thereof,<br><br>　　　　Defendants. | No.　2:19-cv-00291-SMJ<br><br>**STIPULATED PROTECTIVE ORDER** |

Pursuant to Federal Rule of Civil Procedure 26(c) and the stipulation of the parties, the parties' Proposed Stipulated Protective Order, ECF No. 41-1, is

//

//

//

//

STIPULATED PROTECTIVE ORDER - 1

**ACKNOWLEDGED**, **APPROVED**, and **INCORPORATED** in this Order by reference.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 27th day of February 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge