Rhett V. Barney, WSBA #44764
LEE & HAYES, P.C.
601 W. Riverside Ave., Ste. 1400
Spokane, WA 99201
Telephone: (509) 324-9256

Andrew G. Strickland, *pro hac vice*
William B. Dyer III, *pro hac vice*
LEE & HAYES, P.C.
75 14th Street, Ste. 2500
Atlanta, GA 30361
Telephone: (404) 815-1900

*Attorneys for Plaintiff Kitchen Cabinet
Manufacturers Association*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KITCHEN CABINET MANUFACTURERS ASSOCIATION, an Illinois corporation<br><br>Plaintiff,<br><br>v.<br><br>AAA CABINETS & MILLWORKS, INC., a Washington corporation; and TIMOTHY STEWART, individually,<br><br>Defendants. | Case No. 2:19-cv-00291-SMJ<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE** |

JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Kitchen Cabinet Manufacturers Association ("Plaintiff" or "KCMA") and Defendants AAA Cabinets & Millworks, Inc. ("AAA") and Timothy Stewart (collectively, "Defendants") (hereinafter the "Parties") hereby jointly move to dismiss the above-captioned matter following settlement of all of KCMA's pending claims and AAA's counterclaim, and state the following:

1.     KCMA is a non-profit organization founded to represent companies who manufacture bath, kitchen and other residential cabinets, and to develop standards to be used in the certification of residential cabinetry. Only manufacturers who are current participants in good standing in the KCMA A161.1 certification program are licensed to use the KCMA certification seals on their certified lines to identify them as being certified by KCMA.

2.     Defendants participated in KCMA's certification program in 2005. At that time, Defendants had their "Tri-Cites" line of cabinets tested for KCMA certification according to KCMA's certification process and executed a license with KCMA permitting Defendants to use KCMA's certification and trademarks on their "Tri-Cites" line of cabinets. In connection with that license, Defendants purchased 10,000 KCMA certification seals to affix to the Tri-Cities line of cabinets signifying their compliance with the ANSI/KCMA A161.1 Standard. Subsequently, Defendants moved from the residential to the commercial market, and were certified by a manufacturers association recognized in the commercial market. Defendants stopped paying licensing fees to KCMA in 2005, and its Tri-Cities certification terminated no later than May 2006.

3.     KCMA initiated this lawsuit after it learned that AAA may have used its certification seals without permission on a construction project in Newport,

JOINT MOTION TO DISMISS WITH PREJUDICE - 1

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

1 Washington (the "Newport Project"). Due to an internal misunderstanding, AAA

2 personnel did in fact affix KCMA seals to a portion of the cabinets manufactured

3 and sold for the Newport Project.

4       4.    AAA regrets this error. AAA stands by the safety and quality of all

5 cabinets it manufactures, and AAA represents that at all times relevant to this action

6 it belonged to and was properly certified through the Architectural Woodwork

7 Institute's Quality Assurance Program ("AWI"). AAA's proposal to work on the

8 Newport Project indicated that it was AWI certified. AAA was awarded the Newport

9 Project.

10       5.    Nonetheless, to resolve all claims in this litigation the parties have

11 agreed to the following:

12     Defendants AAA Cabinets and Tim Stewart affirm that they do not now, and

13 will not in the future, without KCMA's express written consent:

14       a.    Make, manufacture, import, order, use, distribute, ship, transport,

15 license, offer for sale, sell, develop, display, deliver, advertise, and/or

16 otherwise market or dispose of products bearing any certification mark or

17 trademark that is the same as, or confusingly similar to, any mark owned or

18 used by KCMA for any of Defendants' cabinet products and related cabinet

19 products and services;

20       b.    Represent in any way that its cabinets are KCMA certified, or

21 reference KCMA in any way in its bids or submittals;

22       c.    Sell or otherwise distribute any cabinets of any kind bearing any

23 mark owned or used by KCMA or any similar trademark; and

24       d.    Participate in KCMA's certification program.

JOINT MOTION TO DISMISS WITH PREJUDICE - 2

6.    Defendants AAA Cabinets and Tim Stewart have also agreed to, within 10 days of the filing of this motion:

a.    Certify under penalty of perjury according to the laws of the State of Washington that the statements and assertions in paragraphs 5 and 6 herein are true and correct to the best of their information and belief;

b.    Return all KCMA Certification seals in Defendants' possession to KCMA.

c.    Advise all of Defendants' customers who received cabinets bearing KCMA certification seals after the date of May 1, 2006, including but not limited those involved with the Newport Project, that those cabinets are not KCMA certified, and confirm such disclosure to KCMA; and

d.    Make a good faith effort to remove, or cause to be removed, all KCMA certification seals used on any projects since AAA's KCMA A161.1 certification was terminated, including but not limited those involved with the Newport Project, and confirm such good faith effort and/or removal to KCMA.

The Parties having settled the disputes between them and having agreed to dismiss all claims remaining in this lawsuit as reflected herein, the Parties desire that the Court dismiss Plaintiff's claims against Defendants with prejudice, dismiss Defendants' counterclaim against Plaintiff with prejudice, and order that the costs and fees incurred herein be borne by the party incurring them.

WHEREFORE, Plaintiff and Defendants respectfully request the Court to dismiss Plaintiff's claims against Defendants and to dismiss Defendants' claims

JOINT MOTION TO DISMISS WITH PREJUDICE - 3

1  against Plaintiff with prejudice and order that the costs and fees incurred herein be

2  borne by the party incurring them.

3      RESPECTFULLY SUBMITTED this 6th day of July, 2020.

4

5

6  s/ Rhett V. Barney
   Rhett V. Barney, WSBA #44764
7  LEE & HAYES, P.C.
   601 W. Riverside Ave., Ste. 1400
8  Spokane, WA 99201
   Telephone: (509) 324-9256
9  Facsimile: (509) 323-8979
   Email: RhettB@leehayes.com
10
   s/ Andrew G. Strickland
11 Andrew G. Strickland, *pro hac vice*
   William B. Dyer III, *pro hac vice*
12 LEE & HAYES, P.C.
13 75 14th Street, Suite 2500
   Atlanta, GA 30309
14 Telephone: (404) 815-1900
15 Facsimile: (404) 815-1700
   Email: andrew.strickland@leehayes.com
16         bill.dyer@leehayes.com

17 *Attorneys for Plaintiff Kitchen Cabinet*
   *Manufacturers Association*
18

s/ Stefan Szpajda
J. Michael Keyes, WSBA #29215
Stefan Szpajda, WSBA #50106
DORSEY & WHITNEY LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: (206) 903-8800
Facsimile: (206) 903-8820
Email: szpajda.stefan@dorsey.com
Email: keyes.mike@dorsey.com

*Attorneys for Defendants AAA*
*Cabinets, Inc. and Timothy Stewart*

19

20

21

22

23

24

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

s/ Rhett V. Barney
Rhett V. Barney, WSBA #44764
LEE & HAYES, P.C.
601 W. Riverside Ave., Ste. 1400
Spokane, WA 99201
Telephone: (509) 324-9256
Fax: (509) 323-8979
Email: RhettB@leehayes.com

*Attorneys for Plaintiff Kitchen Cabinet Manufacturers Association*

JOINT MOTION TO DISMISS WITH PREJUDICE - 5

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979