FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 10, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KITCHEN CABINET MANUFACTURERS ASSOCAITON, an Illinois corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>AAA CABINETS & MILLWORKS INC., a Washington corporation, and TIMOTHY STEWART, individually,<br><br>                    Defendants. | No.   2:19-cv-00291-SMJ<br><br>**ORDER DISMISSING CASE** |

On July 6, 2020, the parties filed a stipulated dismissal, ECF No. 62. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED**:

   **1.**   The parties' Joint Motion to Dismiss with Prejudice, **ECF No. 62**, is **GRANTED**.

   **2.**   All claims and counterclaims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

   **3.**   All pending motions are **DENIED AS MOOT**.

ORDER DISMISSING CASE – 1

4.   All hearings and other deadlines are **STRICKEN**.

5.   The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 10th day of July 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2